73,771-05

Mr. Kevin Terrell Tatum                     April 27, 2015
TDCJ #1409740
Darrington Unit
Rosharon, Tx.   77583


TEXAS COURT OF CRIMINAL APPEALS          RECEIVED IN
COURT OF CRIMINAL APPEALS
Attn: Court Clerk
P.O.  Box 12308
Capitol Station                          APR 29 2015
Austin, Tx. 78711

                                         Abel Acosta, Clerk


Re:   Cause No. 73,771-07; NON-RECEIPT OF TWO (2) PAGE OPINION.


Dear Court Clerk:

I am the Applicant in the above styled and numbered cause.
The Assistant Attorney General, Hon. JON MEADOR, forwarded me
a document consisting of a two (2) page Opinion from the
Court, but only forwarded me the second (2nd) page. Said
document consist of the Court's non-published Opinion to 'now'
dismiss the Writ No. 73,771-05 as non-Compliant, thereby
moving, on its own Motion, to withdraw its initial 'denial' on
the Merits.

This Court has not forwarded the two (2) page Opinion from the
Court to me, the Applicant. It was the Respondent, the
Asst. Attorney General, JON MEADOR, who forwarded me the
Opinion, but the first page was missing.

I am currently litigating my case in Federal Court, and
respectfully request a copy of the two (2) page Opinion. It
is my strong dissent and assertion that this Court erred and
abused its discretion by improperly denying the Writ under the
false premises of 'non-compliance' due to a lack of 11.07
Forms ... when the Applicant specifically and pointedly
forwarded the required 11.07 Forms when he filed the Writ,
styled as Cause No. 1042008-B.

Please forward me a copy of the two (2) page Opinion, issued
April 15, 2015, by the Court, at the Court's earliest
convenience. Your help in this matter would be greatly
appreciated.

Sincerely,

Kevin Terrell Tatum

Kevin Terrell Tatum